FILED

08/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0671

_____

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

      Petitioner and Appellant,

  and

KEVIN ROY FROST,                                    O R D E R

      Respondent, Appellee,
      and Cross-Appellant,

  with

FROST LIMITED PARTNERSHIP,

      Respondent, Appellee,
      and Cross-Appellant.

_____

Counsel for Appellant has filed a motion for extension of time to file her reply to Appellee and Cross-Appellant Kevin Frost's response brief. The Court notes that Appellee and Cross-Appellant Frost Limited Partnership's brief has not yet been filed. Thus, pursuant to M. R. App. P. 12(3), Appellant's motion is premature. Appellant may file a reply brief in response to both Appellees and Cross-Appellants briefs after Frost Limited Partnership's brief is filed.

IT IS ORDERED that the motion for extension is DENIED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 7 2023